

**FILED**

AUG 1 6 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

1  Name: Fernando Gastelum
2  Address: 209 W. 9th Street, Casa Grande, AZ 85122
   Telephone Number: 520-560-0927
3  Email: fernandog8899@gmail.com
4  *Pro se*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Fernando Gastelum,

    Plaintiff,

vs.

LL Sacramento LP dba Larkspur Landing Sacramento,

    Defendant.

Case No.: 1:21-CV-01239 DAD-EPG

**COMPLAINT**

### I. STATEMENT OF CLAIM

1. My name is Fernando Gastelum. I am 61 years old. I am missing a leg and use a wheelchair for mobility.

2. Defendant owns or operates a hotel at 555 Howe Avenue, Sacramento, California 95825 (Public Accommodation).

3. I visited the Public Accommodation on July 3, 2021

4. When I came to the Public Accommodation, I noted that it was not compliant with the Americans with Disabilities Act and the California's civil rights laws and California disabled person's law:

    a. Accessible parking sign was too low. This condition makes the accessible parking more available to fully bodied drivers which limits my access.

1

    b. There were unsecured Carpets at this location. This condition makes it more difficult for me to move my wheelchair over the carpets.

    c. Numerous doors on accessible routes require greater than 5 lbs of force to open. This condition makes it more difficult for me to enter the doors with my wheelchair.

    d. There was no marked access aisle in the passenger loading zone This condition makes it more difficult for me to enter or exit the vehicle from a wheelchair.

    e. Accessible parking is not dispersed to all accessible entrances. This condition makes it more difficult for me to access each entrance at the shortest possible route.

5. I was denied equal access to the Public Accommodation by defendant by not complying with the ADA and California's civil rights law as stated above.

6. I will not want to revisit the Public Accommodation because it is not fully compliant with the Americans with Disabilities Act and the California's civil rights laws and California civil rights laws.

## II. RELIEF I REQUEST

1. Order Defendant to comply with the ADA and California civil rights law or close its Public Accommodation.

2. Order Defendant to pay my cost and expenses. If I retain a lawyer, then also lawyer's fees.

3. Damages under California law for $4,000 per violation for a total to be determined at a hearing.

4. Other relief that I am entitled to.

III.    **REQUEST FOR JURY TRIAL**: I request a jury trial.

DATED this 6th day of August, 2021.

_____
Fernando Gastelum