Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant LL SACRAMENTO, L.P.

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

FERNANDO GASTELUM, an individual,

    Plaintiff,

v.

LL SACRAMENTO, L.P. dba Larkspur Landing Sacramento,

    Defendant.

Case No. 2:21-cv-01481-KJM-JDP

**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF STANDING**

Date: October 29, 2021
Time: 10 a.m.
Courtroom: 3, 15th Fl.

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on October 29, 2021 at 10 a.m. or as soon thereafter as the matter may be heard in Courtroom 3 of the above-entitled court, located at 501 I Street, Sacramento, CA 95814, LL Sacramento, L.P., ("Defendant") will and hereby does move the Court for an Order dismissing the Complaint for lack of standing and failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(1).

This motion is brought on the grounds that Fernando Gastelum ("Plaintiff") lacks sufficient Article III standing to bring the claims asserted in the complaint and fails to allege sufficient facts to support standing under the Unruh Act.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Ryan Opatz, the Declaration of Troy Sims, the Declaration of Philip Stillman, the Request for Judicial Notice, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing, if any.

WHEREFORE, defendant respectfully requests that this Court dismiss this case with prejudice and without leave to amend.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: September 23, 2021

By:_____
Philip H. Stillman, Esq.
Attorneys for defendant

## PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on September 26, 2021 or as soon as possible thereafter, copies of the foregoing Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Ryan Opatz, the Declaration of Troy Sims, the Declaration of Philip Stillman and the Request for Judicial Notice was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and via email to Plaintiff's email address listed with this Court.

By: /s/ *Philip H. Stillman*
Attorneys for DEFENDANT