|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| FERNANDO GASTELUM, | Case No. 2:21-cv-01481-KJM-JDP (PS) |
| --- | --- |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO EITHER FILE AN AMENDED COMPLAINT OR NOTIFY THE COURT THAT HE WISHES TO PROCEED WITH THE COMPLAINT FILED ON SEPTEMBER 6, 2022 |
| v. | |
| LL SACRAMENTO LP, | |
| Defendant. | |

On August 15, 2022, I recommended that defendant's motion to dismiss be granted and that plaintiff's complaint be dismissed with leave to amend. ECF No. 21. While those findings and recommendation were pending, plaintiff filed a first amended complaint. ECF No. 22. Thereafter, the court adopted in full the August 15, 2022 findings and recommendations. ECF No. 23. Given the posture of this case, the court will grant plaintiff the opportunity to either file an amended complaint or to notify the court that he wishes to proceed with the amended complaint filed on September 15, 2022.

Accordingly, it is hereby ORDERED that within fourteen days of the date of this order, plaintiff shall either:

    1. file an amended complaint; or

     2. notify the court, in writing, that he wishes to proceed with the amended complaint filed on September 6, 2022.  *See* ECF No. 22.

IT IS SO ORDERED.

Dated:   November 27, 2022

*/s/ Jeremy Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2