UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>Plaintiff,<br><br>v.<br><br>LL SACRAMENTO LP,<br><br>Defendant. | Case No.  2:21-cv-01481-DJC-JDP (PS)<br><br><br>ORDER TO SHOW CAUSE |

     On August 15, 2022, I recommended that defendant's motion to dismiss be granted and that plaintiff's complaint be dismissed with leave to amend.  ECF No. 21.  While those findings and recommendations were pending, plaintiff filed a first amended complaint.  ECF No. 22.  Thereafter, the court adopted in full the August 15, 2022 findings and recommendations.  ECF No. 23.  Given the case's posture, I ordered plaintiff to either file an amended complaint or to notify the court that he wishes to proceed with the amended complaint he filed on September 6, 2022. ECF No. 24.  On February 14, 2023, after plaintiff filed a notice electing to proceed with the amended complaint, I ordered defendant to file a response to that complaint within fourteen days.  ECF No. 27.

     To date, defendant has not filed a response to plaintiff's amended complaint.  Accordingly, defendant will be ordered to show cause why sanctions should not be imposed for its failure to comply with the February 14 order.  *See* E.D. Cal. L.R. 110 ("Failure of counsel or

1

of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

Accordingly, it is hereby ORDERED that:

1. By no later than June 29, 2023, defendant shall file a response to plaintiff's amended complaint.

2. Defendant shall show cause, by no later than June 29, 2023, why sanctions should not be imposed for failure to with the February 14, 2023 order.

3. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendant's default be entered.

IT IS SO ORDERED.

Dated:   June 14, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2