UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>  Plaintiff,<br><br>  v.<br><br>LL SACRAMENTO LP,<br><br>  Defendant. | Case No. 2:21-cv-01481-DJC-JDP (PS)<br><br>ORDER TO SHOW CAUSE |

For good cause shown in defendant's response, ECF No. 31, the court discharges its June 15, 2023 order to show cause, ECF No. 29.

IT IS SO ORDERED.

Dated: \_\_July 24, 2023\_\_      _____
                 JEREMY D. PETERSON
                 UNITED STATES MAGISTRATE JUDGE