1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FERNANDO GASTELUM,                      Case No. 2:21-cv-01481-DJC-JDP (PS)

12                 Plaintiff,

13          v.                                ORDER TO SHOW CAUSE

14    LL SACRAMENTO LP,

15                 Defendant.

16

17          On July 6, 2022, defendant filed a motion for summary judgment.  ECF No. 19.  To date,

18    plaintiff has not filed a response to the motion.

19          Under the court's local rules, a responding party is required to file an opposition or

20    statement of non-opposition to a motion no later than fourteen days after the date it was filed.

21    E.D. Cal. L.R. 230(c).  To manage its docket effectively, the court requires litigants to meet

22    certain deadlines.  The court may impose sanctions, including dismissing a case, for failure to

23    comply with its orders or local rules.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon*

24    *Pres. Council v. U.S. Forest Serv*., 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d

25    1439, 1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court has a

26    duty to administer justice expeditiously and avoid needless burden for the parties.  *See*

27    *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

28

                                          1

The court will give plaintiff the opportunity to explain why sanctions should not be imposed for failure to file an opposition or statement of non-opposition to defendant's motion. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed.

Accordingly, it is hereby ORDERED that:

1. The October 10, 2024 hearing on defendant's motion for summary judgment is continued to November 14, 2024, at 10:00 a.m., in Courtroom No. 9.

2. By no later than October 24, 2024, plaintiff shall file an opposition or statement of non-opposition to defendant's motion for summary judgment.  *See* ECF No. 40.

3. Plaintiff shall show cause, by no later than October 24, 2024, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to defendant's motion.

4. Defendant may file a reply to plaintiff's opposition, if any, no later than November 7, 2024.

5. Failure to comply with this order may result in a recommendation that this action be dismissed for lack of prosecution, failure to comply with court orders, and failure to comply with local rules.

IT IS SO ORDERED.

Dated:    October 3, 2024       _____
                               JEREMY D. PETERSON
                               UNITED STATES MAGISTRATE JUDGE