UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, | Case No.  2:21-cv-1481-DJC-JDP |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| LL SACRAMENTO LP, | |
| Defendant. | |

This case was before the court on December 12, 2024, for hearing on defendant LL Sacramento LP's motion for summary judgment, ECF No. 40, and plaintiff Fernando Gastelum's motion to withdraw and amend deemed admissions, ECF No. 44.  Attorney Philip Stillman appeared on behalf of defendant; plaintiff appeared pro se.

For the reasons stated on the record, it is hereby ORDERED that:

1. Defendants' motion to for summary judgment, ECF No. 40, is denied without prejudice as untimely.

2. Plaintiff's motion to withdraw and amend deemed admissions, ECF No. 44, is granted.

3. Plaintiff shall serve complete responses, without objection, to defendant's request for admissions, interrogatories, and requests for production of documents by no later than January 9, 2024.

4. The December 12, 2023 scheduling order is modified as follows:

    a. the deadline for completion of discovery is continued to February 13, 2025, for the limited purpose of allowing plaintiff to provide responses to all outstanding discovery and resolve any disputes related to plaintiff's forthcoming responses; and[1]

    b. all dispositive motions shall be completed—that is, fully heard—by April 10, 2025. The parties are reminded that a nonmoving party shall file with the court an opposition or statement of non-opposition to any properly noticed motion no later than fourteen days after the motion's filing. *See* E.D. Cal. L.R. 230(c). Any reply by the moving party shall be filed with the court no later than ten days after the opposition's filing. *See* E.D. Cal. L.R. 230(d).

IT IS SO ORDERED.

Dated:   December 12, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Should a dispute over the sufficiency of plaintiff's responses arise, the parties should, after meeting and conferring, promptly contact the undersigned's courtroom deputy to request a pre-discovery motion conference.

2