FERNANDO GASTELUM, *in pro per*
209 W. 9th Street,
Casa Grande, AZ 85122
Telephone: 520-560-0927
fernandog8899@gmail.com

Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for Defendant LL SACRAMENTO, LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>  Plaintiff,<br><br>vs.<br><br>LL SACRAMENTO, L.P. dba Larkspur Landing Sacramento<br><br>  Defendants. | No. 2:21-cv-01481-KJM-JDP<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>[Fed.R.Civ.P. 41(a)(1)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Fernando Gastelum and defendant LL Sacramento, L.P. (collectively "the Parties") hereby stipulate as follows:

WHEREAS, Plaintiff Fernando Gastelum now wishes to terminate this action with prejudice;

IT IS HEREBY STIPULATED that the above-captioned action be dismissed with prejudice, each party to bear their own fees and costs for the prosecution and defense of this instant action.

///

**IT IS SO STIPULATED.**

| | |
|---|---|
| | FERNANDO GASTELUM |
| | /s/ *Fernando Gastelum* |
| Dated:    January 9, 2025 | |
| | Fernando Gastelum, *in pro per* |
| | |
| Dated:    January 9, 2025 | STILLMAN & ASSOCIATES |
| | /s/ *Philip H. Stillman* |
| | |
| | Philip H. Stillman, Esq. |
| | Attorneys for Defendant |